# NEW ENGLAND SAVINGS BANK *v.* MEADOW LAKES REALTY COMPANY ET AL.
## (AC 16250)

O'Connell, Schaller and Hennessy, Js.

Argued May 29—officially released June 24, 1997

Per Curiam. The judgment is affirmed.

# JAY BRUMBERG, TRUSTEE *v.* JAMES MASCIA ET AL.
## (AC 16083)

O'Connell, Schaller and Hennessy, Js.

Argued May 29—officially released June 24, 1997

Per Curiam. The judgment is affirmed.

# FRANKLIN L. FRANK *v.* LEON E. COOPER ET AL.
## (AC 15617)

Foti, Landau and Heiman, Js.

Argued May 29—officially released June 24, 1997

Per Curiam. The judgment is affirmed.